

# NUMBER 13-18-00283-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

## IN RE DEBRA V. BENGE

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Order Per Curiam

Relator Debra V. Benge filed a petition for writ of mandamus in the above cause on May 31, 2018 contending that the trial court abused its discretion by abating the underlying case for an indefinite period. Through this original proceeding, relator seeks to set aside the May 7, 2018 order of abatement. The Court requests that the real parties in interest, Margaret A. Thomas, individually and as co-trustee of the Thomas Family Trust; Frank W. Burns III, individually and as co-trustee of the Thomas Family Trust; and Dinah Voelkel, or any others whose interest would be directly affected by the relief sought,

file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
1st day of June, 2018.